Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA #00787779
Howard Marc Spector, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380

ATTORNEY FOR THE DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **John T. Hoefer** | § | **Case No. 08-42075-7** |
| | § | |
| **Debtor.** | § | **(Chapter 7)** |

**DEBTOR'S RESPONSE TO CHAPTER 7 TRUSTEE'S
MOTION TO COMPEL TURNOVER OF DOCUMENTATION**

TO THE HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE:

John T. Hoefer (the "Debtor") files his Response to the Chapter 7 Trustee's Motion to compel Turnover of Documentation (the "Motion"), and respectfully states:

1. Debtor admits the allegations contained in Paragraph 1 of the Motion.

2. Debtor is without sufficient information to admit or deny the allegations contained in Paragraph 2 of the Motion.

3. Debtor admits the allegations contained in the first sentence in Paragraph 3, and denies the allegations contained in the second sentence in Paragraph 3 of the Motion.

4. Debtor admits the allegations contained in Paragraph 4 of the Motion.

5. Debtor denies the allegations contained in Paragraph 5 of the Motion.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests that the Court deny the Chapter7 Trustee's Motion, and grant such other relief as justice may require.

Dated: August 31, 2009.

By: ___/s/ *Nathan M. Johnson*___
Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA # 00787779

Howard Marc Spector, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380

ATTORNEY FOR THE DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case on August 31, 2009.

___/s/ *Nathan M. Johnson*___
Nathan M. Johnson