Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
Phone: (972) 628-3694
Fax: (972) 628-3687
weisbartm@earthlink.net
CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>HOEFER MANAGEMENT COMPANY, INC.<br><br>Debtor | Case No. 08-42072<br>Chapter 7 |
| IN RE:<br><br>JOHN T. HOEFER<br><br>Debtor | Case No. 08-42075<br>Chapter 7 |

### WITNESS AND EXHIBIT LIST IN CONNECTION WITH THE
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF DOCUMENTATION

**Witnesses:**
1. Mark A. Weisbart
2. Any witnesses called by Debtors

**Exhibits:**
1. Any pleadings of record
2. Letter of January 6, 2009 to Debtors' counsel

Respectfully submitted,

 /s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
Phone: (972) 628-3694
Fax: (972) 628-3687
weisbartm@earthlink.net

CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing document was served on the persons listed below either through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on the 17th day of September, 2009.

Howard M. Spector  
Attorney at Law  
12770 Coit Road, Suite 1100  
Dallas, TX 75251

                                                 /s/ Mark A. Weisbart  
                                                 Mark A. Weisbart