Howard Marc Spector
TBA #00785023
Nathan M. Johnson
TBA #00787779
Howard Marc Spector, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380

ATTORNEY FOR THE DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **Hoefer Management Co., Inc.** § | | Case No. 08-42072-7 |
| § | | |
| **Debtor.** § | | (Chapter 7) |

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **John T. Hoefer** § | | Case No. 08-42075-7 |
| § | | |
| **Debtor.** § | | (Chapter 7) |

### DEBTOR'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE:

COME NOW, Hoefer Management Co., Inc. and John T. Hoefer ("Debtors"), and file this Witness and Exhibit List relating to the hearing on Trustee's Motion to Compel Turnover of Documentation scheduled for September 22, 2009. The Debtors hereby identify the following witnesses and exhibits:

*Witnesses*

1. Howard Marc Spector

2. Mark A. Weisbart

3. Any witness designated by any other party.

4. Any witness necessary for rebuttal.

### *Exhibits*

1. All documents produced to Mark Weisbart.

2. All pleadings on file in this case.

3. Any exhibit designated by any other party.

4. Any exhibit necessary for rebuttal.

Dated: September 17, 2009.

By:   /s/ *Howard Marc Spector*
    Howard Marc Spector
    TBA #00785023
    Nathan M. Johnson
    TBA # 00787779

    Howard Marc Spector, P.C.
    12770 Coit Road, Suite 1100
    Dallas, Texas 75251
    (214) 365-5377
    FAX: (214) 237-3380

    ATTORNEY FOR THE DEBTORS

### **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing pleading was served via electronic means to all parties who receive ECF notice in this case on September 17, 2009.

    /s/ *Howard Marc Spector*
    Howard Marc Spector