IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-42075 |
| | § | |
| JOHN T. HOEFER, | § | Chapter 7 |
|     Debtor | § | |
| | § | |
| TRINITY HARDWOOD DISTRIBUTORS, INC., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | |
| | § | |
| JOHN T. HOEFER, | § | |
|     Defendant | § | Adversary No. 09-04009 |

**Agreed Order Resetting Trial Date**

On this day The Court considered Plaintiff Trinity Hardwood Distributors, Inc.'s and Defendant John T. Hoefer's Agreed Motion for Continuance of March 2, 2010 Trial Date; Alternatively, Motion to Consolidate Adversary Proceedings. The Court grants the Motion for Continuance. The Court therefore **ORDERS** that trial of this adversary proceeding is hereby consolidated with the trial in *Amegy Bank NA v. John T. Hoefer*, Adversary No. 09-04042 scheduled for trial on April 22 and April 23, 2010.

IT IS FURTHER ORDERED that the parties in both adversary proceedings file a joint pre-trial order in compliance with the Amended Scheduling Order Arising from Management Conference entered in Adversary Proceeding 09-04042 entered on July 24, 2009.

Signed on 2/23/2010

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

**Order--Page 1**

AGREED:

GREER & SHROPSHIRE, L.L.P.

  /s/ Karen G. Shropshire
By: Karen G. Shropshire
Texas Bar No. 08417150
300 Preston Commons West
8117 Preston Road
Dallas, TX 75225
214.706.9250 (Phone)
214.706.9251 (Facsimile)
kshropshire@abttx.com

**ATTORNEYS FOR PLAINTIFF**


LAW OFFICES OF NORMAN EWERT

  /s/ Norman Ewert
By: Norman Ewert
Texas Bar No. 06754500
18601 LBJ Freeway;
Suite 435
Mesquite, Texas 75150
972.270.5400 (Phone)
972.279.6586 (Facsimile)


**ATTORNEY FOR DEFENDANT**

**Order--Page 2**